**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-23904-CIV-CANNON/Otazo-Reyes**

**UNITED STATES OF AMERICA** and
**NALISA SIMONA SAATI**,

      Plaintiffs,

v.

**CREDICO (USA) INC.** and
**CREDICO (USA) LLC**,

      Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss First Amended

Complaint (the "Motion") [ECF No. 47], filed on April 15, 2021.  On August 9, 2021, the Court

referred the case to Magistrate Judge Alicia M. Otazo-Reyes for a ruling on all pretrial, non-

dispositive matters and for a Report and Recommendation on any dispositive matters

[ECF No. 54].   On November 3, 2021, Judge Otazo-Reyes issued a Report ("R&R")

recommending that the Motion be granted [ECF No. 70].  The R&R states that the parties shall

file any objections within fourteen days of the date of the R&R [ECF No. 70 pp. 9].  To date,

Plaintiffs have not filed any objections nor sought additional time to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and is otherwise fully

advised in the premises.  *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28

U.S.C. § 636(b)(1)).  Upon review, the Court finds the R&R to be well reasoned and correct.  The

Court therefore agrees with the analysis in the R&R and concludes that the Motion should be

**GRANTED** for the reasons set forth therein.

CASE NO. 20-23904-CIV-CANNON/Otazo-Reyes

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.      The R&R [ECF No. 70] is **ADOPTED**.

2.      The Motion [ECF No. 47] is **GRANTED**.

3.      The Fourth and Fifth Claims of Plaintiffs' First Amended Complaint [ECF No. 23] are **DISMISSED WITH PREJUDICE**.

4.      The First, Second, and Third Claims of Plaintiffs' First Amended Complaint [ECF No. 23] are **DISMISSED WITHOUT PREJUDICE**.  Plaintiffs may file an Amended Complaint that cures the pleading deficiencies outlined in the R&R on or before **December 6, 2021**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of November 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record