UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-23904-CIV-CANNON/Otazo-Reyes

**UNITED STATES OF AMERICA** and
**NALISA SIMONA SAATI**,

      Plaintiffs,
v.

**CREDICO (USA) INC.** and
**CREDICO (USA) LLC**,

      Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation [ECF No. 84]. On January 18, 2022, the Court referred Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 75] to Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendation [ECF No. 78]. On March 7, 2022, Judge Otazo-Reyes issued a Report ("R&R") recommending that the Court grant with prejudice Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 84 p. 8]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 84 p. 8]. No party has filed objections.

Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 75] should be **GRANTED** for the reasons set forth therein.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.      The R&R [ECF No. 84] is **ADOPTED**.

CASE NO. 20-23904-CIV-CANNON/Otazo-Reyes

2. Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 75] is **GRANTED**.

3. Plaintiff's Second Amended Complaint [ECF No. 74] is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of March 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record